**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**

_____

No. 97-3344

_____

Patricia Peters,                                    *
                                                    *
            Plaintiff - Appellant,                  *
                                                    *
      v.                                            *
                                                    *
Marvin Runyon, in his official                      *
capacity as Postmaster General of the               *
United States,                                      *
                                                    *    Appeal from the United States
            Defendant - Appellee,                   *    District Court for the
                                                    *    Western District of Missouri.
Pat Barba, in her individual and                    *
official capacity as Manager of                     *        [UNPUBLISHED]
Customer Service, Kansas City Area                  *
United States Postal Service; James                 *
Wood, in his individual and official                *
capacity as Postmaster, Kansas City,                *
Missouri; Phil Stabler, in his                      *
individual and official capacity as                 *
Manager of Customer Service, Kansas                 *
City Area, United States Postal Service,            *
                                                    *
            Defendants.                              *

_____

Submitted: March 10, 1998
Filed: March 18, 1998

_____

Before BOWMAN, FLOYD R. GIBSON, and MORRIS SHEPPARD ARNOLD,
        Circuit Judges.
                    _____

PER CURIAM.

The District Court[1] dismissed plaintiff's employment-discrimination complaint for lack of subject matter jurisdiction. Plaintiff appeals. Finding no error of law, we affirm on the basis of the District Court's thorough and well-reasoned opinion. See 8th Cir. R. 47B.

A true copy.

        Attest:

                CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

_____

[1]The Honorable Dean Whipple, United States District Judge for the Western District of Missouri.